IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**COREY JONES**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
*ADC #180289*

v.　　　　　　　　　CASE NO. 3:24-CV-00203-BSM

**BRIAN MILES,** *et al.*　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE